## HILL vs. ROBBINS.

Error to Oakland Circuit,

. The decision of this case at the Circuit is reported at length in 1 *Mich. Nisi Prius*, 305. The judgment of the Court below is affirmed.